| | |
|---|---|
| THE MAJORIE FIRM LTD.<br>Francis B. Majorie<br>*Pro Hac Vice* (Per BK Dkt. 1915 ¶ 153)<br>3514 Cedar Springs Road<br>Dallas, TX 75219<br>Telephone: (214) 522-7400<br>Fax Number: (214) 522-7911<br>*Attorneys For Defendant*<br>*Silar Advisors, LP* | E-Filed on: April 2, 2014 |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>ASSET RESOLUTION, LLC,<br><br>　　　　　　　Debtor.<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>　　　　　Plaintiff,<br>　vs.<br><br>COMPASS FINANCIAL PARTNERS, LLC et al.,<br><br>　　　　　Defendants. | CASE NO. BK-S-09-32824-RCJ (Lead Case)<br>Chapter 7<br><br>Jointly Administered with Case Nos.:<br>BK-S-09-32831-RCJ; BK-S-09-32839-RCJ;<br>BK-S-09-32843-RCJ; BK-S-09-32844-RCJ;<br>BK-S-09-32846-RCJ; BK-S-09-32849-RCJ;<br>BK-S-09-32851-RCJ; BK-S-09-32853-RCJ;<br>BK-S-09-32868-RCJ; BK-S-09-32873-RCJ;<br>BK-S-09-32875-RCJ; BK-S-09-32878-RCJ;<br>BK-S-09-32880-RCJ; BK-S-09-32882-RCJ<br><br>Adv. No. 14-01052<br><br>**CERTIFICATE OF SERVICE** |

I am employed in Dallas County.  I am over the age of 18 and not a party to this action. My business address is 3514 Cedar Springs Road, Dallas, Texas, 75219.

On April 2, 2014, I served the foregoing document(s), described as:

**1.  MOTION TO DISMISS AND SUPPORTING BRIEF BY DEFENDANT SILAR ADVISORS, LP**

☒　by placing ☐ the original ☒ a true copy thereof, by the following means to the persons as listed below:

☒　**A.　ECF SYSTEM:** On April 2, 2014, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and served the participants in the case who are registered CM/ECF users:

- JASON J. BACH on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND LLC
  aloraditch@bachlawfirm.com;sandra.herbstreit@bachlawfirm.com;awatkins@bachlawfirm.com

- FRANCIS B. MAJORIE on behalf of Defendant SILAR ADVISORS, LP
  fbmajorie@themajoriefirm.com, ECFNoticesTheMajorieFirm@gmail.com

☒    **B.**     **UNITED STATES MAIL, postage fully prepaid**:

USA Capital Diversified Trust Deed Fund, LLC<br>
c/o The Bach Law Firm, LLC<br>
6053 S. Fort Apache Rd., Ste. 130<br>
Las Vegas, NV 89148<br>
Attn: Jason J. Bach, Esq.

☒    **C.**     **BY DIRECT E-MAIL (as opposed to through the ECF System):** On April 2, 2014, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful: n/a

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 2, 2014 at Dallas, Texas.

                                                */s/ Francis B. Majorie*<br>
                                                Francis B. Majorie